IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) CINDA GREEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No.  4:12-cv-00542-JHP-FHM |
| vs. | ) |
| | ) Judge |
| (1) MINNESOTA LIFE INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

**STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)**

IT IS HEREBY STIPULATED and agreed by and between the undersigned counsel for the above-named parties that Defendant, Minnesota Life Insurance Company, may be dismissed from this action with prejudice, and that this case be closed.

Respectfully Submitted,

By:    /s/ Richard A. Shallcross
Richard A. Shallcross, OBA #10016
RICHARD A. SHALLCROSS & ASSOCIATES, P.L.L.C.
The Wrightsman
1645 South Cheyenne Avenue
Tulsa, Oklahoma  74119
(918) 592-1645
e-mail:  Richard@shallcrosslaw.com
*Attorney for the Plaintiff, Cinda Green*

and

  /s/ Amanda Sotak
*Signed by Filing Counsel with Permission of Deft's Attorney*
Amanda Sotak
Texas State Bar No. 24037530
FIGARI & DAVENPORT, L.L.P.
3400 Bank of America Plaza
901 Main Street
Dallas, Texas  75202
(212) 929-3000
(212) 939 -2090 (telecopy)
e-mail:  Amanda.sotak@figdav.com

STIPULATION OF DISMISSAL PURSUANT TO FRCP 41(a)(1) - Page 1

                        Phillip G. Whaley, OBA #13371
                        RYAN WHALEY COLDIRON SHANDY PLLC
                        900 Robinson Renaissance
                        119 N. Robinson Avenue
                        Oklahoma City, Oklahoma  73102
                        (405) 239-6040
                        (405) 239-6766 (Facsimile)
                        e-mail:  pwhaley@ryanwhaley.com
                        *Attorneys for Defendant,*
                        *Minnesota Life Insurance Company*

<u>CERTIFICATE OF SERVICE</u>

   I hereby certify that on October 28, 2013, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing.  Based on the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the following ECF registrants:

 Amanda Sotak - amanda.sotak@figdav.com

 Phillip Whaley - pwhaley@ryanwhaley.com